**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LAQUINTA FELTON,

                Plaintiff,              20 **CIVIL** 9076 (LTS)(SLC)

    -v-                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated September 30, 2023, Plaintiff's objections to Judge Cave's Report are overruled, and the Report is adopted in its entirety. Defendant's motion is granted, and Plaintiff's motion is denied. Judgment is entered in favor of the Defendant; accordingly, the case is closed.

**Dated:** New York, New York
           September 30, 2023

                                                    **RUBY J. KRAJICK**
                                                    _____
                                                        **Clerk of Court**

                               **BY:**        K. Mango

                                                        _____
                                                        **Deputy Clerk**